**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: TAX CLAIM BUREAU OF LEHIGH : No. 108 MAL 2015
COUNTY 2012 JUDICIAL TAX SALE :
:
: Petition for Allowance of Appeal from the
PETITION OF:  SEUNG HEE LEE : Order of the Commonwealth Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.